No. 85–1639. GREER, WARDEN *v.* GRAY. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Murray* v. *Carrier,* 477 U. S. 478 (1986).

No. 85–1853. CALIFORNIA *v.* HAMILTON. Sup. Ct. Cal. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Rose* v. *Clark, ante,* p. 570.

No. 85–5513. POTTS *v.* KEMP, WARDEN. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Rose* v. *Clark, ante,* p. 570, and *Francis* v. *Franklin,* 471 U. S. 307 (1985).

No. 85–6094. BUCKHALTER *v.* PEPSI-COLA GENERAL BOTTLERS, INC., ET AL. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *University of Tennessee* v. *Elliott, ante,* p. 788.

No. 85–1265. MICHIGAN *v.* SHABAZ. Sup. Ct. Mich. [Certiorari granted, 475 U. S. 1094.] The order entered March 31, 1986, granting the petition for writ of certiorari is vacated. The petition for writ of certiorari is dismissed as moot.

No. A–980. KADANS *v.* GUNDERSON ET AL. Sup. Ct. Nev. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. D–553. IN RE DISBARMENT OF VELASQUEZ. Disbarment entered. [For earlier order herein, see 476 U. S. 1102.]